379 A.2d 612

Commonwealth v. Tate, Appellant.

Submitted June 28, 1976. Richard G. Freeman and John W. Packel, Assistant Defenders, and Benjamin Lerner, Defender, for appellant; Mark Sendrow and Steven H. Goldblatt, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.